THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. HORACE C. SYLVESTER, the Younger, Respondent.— Order affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ. [149 Misc. 138.]

HARRY A. WILSON, Respondent, v. ISADORE JANOV and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of the GREATER CITY SURETY AND INDEMNITY CORPORATION, Respondent, v. STERLING NATIONAL BANK AND TRUST COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ANDREW DELLIS, Appellant.— Judgment modified by reducing sentence to thirty days and as so modified affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

JULIUS MARTIN, Respondent, v. WALTER J. SALMON, Appellant, Impleaded with Others.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Application of AGNES G. ROWLANDS, Appellant, against THE TEACHERS' RETIREMENT BOARD OF THE CITY OF NEW YORK and Another, Respondents.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; Finch, P. J., taking no part.

In the Matter of the Application of HENRY ARNOW, Respondent, against JOHN H. DELANEY, Chairman, and Others, Commissioners, Constituting the Board of Transportation of the City of New York, Appellants.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

DOROTHY COHEN, Appellant, v. STUDENTS TRAVEL CLUB, INC., and Others, Defendants, Impleaded with CARLOS B. STONE, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

SOPHIE CONRAD, as the General Guardian of PAUL GEORGE CONRAD, an Infant, and SOPHIE CONRAD, as General Guardian of JOHN JOSEPH CONRAD, an Infant, Respondents, v. CLEMENT M. BIDDLE and Others, Appellants, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

METROPOLITAN LIFE INSURANCE COMPANY, Plaintiff, v. TEN PARK AVENUE CORPORATION, Appellant, Impleaded with Others. LEON LEIGHTON and Another, as Receivers, etc., Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.